IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MOHAMMED EDREES MOHAMMED ALARAMEEN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | ) | 1:25-cv-1366 (LMB/IDD) |

ORDER

Because the parties have indicated to the Court that they are mutually available on June 12, 2026 for oral argument on the parties' Cross-Motions for Summary Judgment, it is hereby

ORDERED that the hearing scheduled for June 5, 2026 at 10:00 AM be and is CANCELLED; and it is further

ORDERED that the parties appear before the Court on June 12, 2026 at 10:00 AM for oral argument on the parties' Cross-Motions for Summary Judgment, [Dkt. Nos. 26 & 28].

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 17th day of April, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge