IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOHAMMED EDREES MOHAMMED ALARAMEEN,

Plaintiff,

v.

JOSEPH B. EDLOW, U.S. Citizenship and Immigration Services Director, et al.,

Defendants.

1:25-cv-1366 (LMB/IDD)

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendants' Motion for Summary Judgment, [Dkt. No. 28], be and is GRANTED and plaintiff's Motion for Summary Judgment, [Dkt. No. 26], be and is DENIED.

The Clerk is directed to enter judgment in defendants' favor pursuant to Federal Rule of Civil Procedure 58, forward a copy of this Order to counsel of record, and close this civil action.

Entered this 17th day of June, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge